# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD GREER,<br><br>Defendant. | Case No.: 2:20-cr-00147-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 13) |

Pending before the Court is the parties' stipulation to extend the deadline to file pretrial motions. Docket No. 13. The parties ask the Court to extend the time to file pretrial motions in the instant case to December 14, 2020. *Id*. at 1. Trial in this case, however, is set for November 30, 2020; therefore, the parties ask the Court to extend the pretrial motion deadline until a date after the trial.

Accordingly, the parties' stipulation, Docket No. 13, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: October 26, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE